| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| CHRISTINE S. HWANG, 184549<br>LEONARD, CARDER, NATHAN, ET AL<br>1188 Franklin Street<br>San Francisco, CA 94109 | (510) 272-0169 | FILED<br>08 JUL 15 PM 12:54<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name) Respondent | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF

TRUSTEES OF THE ILWU-PMA PENSION PLAN

DEFENDANT

PETERS, ET AL.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | C08-03136 JSW |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in Civil Action, Complaint in Interpleader, Order Setting Initial Case Management Conference and ADR Deadlines, U.S. District Court, San Francisco Guidelines, ECF Registration Information Handout

2. Party Served: JOYCE PETERS

3. Person Served: party in item 2

a. Left with: John Doe, CM 60 6'1 220 gry hr brn eyes musta- Co-Occupant

4. Date & Time of Delivery: 7/12/2008   4:04 PM

5. Address, City and State: 1108 MASON DR APT. 5
PACIFICA, CA 94044-3610

6. Manner of Service: By leaving the copies with or in the presence of John Doe, CM 60 6'1 220 gry hr brn eyes musta, a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

BY FAX

60.25

Registered California process server.
County: ALAMEDA
Registration No.: 1020

Chris Beale
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 7/14/2008 at Oakland, California.

Signature: _Chris Beale_
Chris Beale

FF# 6665798

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>CHRISTINE S. HWANG, 184549<br>LEONARD, CARDER, NATHAN, ET AL<br>1188 Franklin Street<br>San Francisco, CA 94109<br>ATTORNEY FOR (Name) Respondent | TELEPHONE NO<br>(510) 272-0169<br><br>Ref. No. or File No<br>337-118 | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court if any<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | | |
| PLAINTIFF<br>TRUSTEES OF THE ILWU-PMA PENSION PLAN | | |
| DEFENDANT<br>PETERS, ET AL. | | |

| PROOF OF SERVICE BY MAIL | DATE | TIME | DEPT/DIV | CASE NUMBER<br>C08-03136 JSW |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 7/14/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons in Civil Action, Complaint in Interpleader, Order Setting Initial Case Management Conference and ADR Deadlines, U.S. District Court, San Francisco Guidelines, ECF Registration Information Handout

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

JOYCE PETERS
1108 MASON DR, APT. 5
PACIFICA, CA 94044-3610

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

60.25

Lee Major
Chris Beale
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 7/14/2008 at Oakland, California.

*Lee Major*

Lee Major

FF# 6665798