AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Trustees of the ILWU-PMA Pensio nPlan ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| Emelda Peters, Dorothy Etheridge, Rose Peters, and Joyce Peters ) | C08-03136 |
| Defendant ) | |

### Summons in a Civil Action

To:  Emelda Peters, Dorothy Etheridge, Rose Peters, and Joyce Peters
*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Christine S. Hwang
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN 3 0 2008

CYNTHIA LENAHAN
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Emelda Peters**, by:

(1) personally delivering a copy of each to the individual at this place, **3800 Lake Winnipes Drive, Harvey, LA 70058**; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ **70.00** for travel and $ _____ for services, for a total of $ **0.00**.

Date: **July 9, 2008**

_____
Server's signature

**Chris Wattigney - Agent**
Printed name and title

**P.O. Box 23113, N.O., LA 70183**
Server's address