AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Trustees of the ILWU-PMA Pensio nPlan )<br>Plaintiff )<br>v. )<br>Emelda Peters, Dorothy Etheridge, Rose Peters, and Joyce Peters )<br>Defendant ) | Civil Action No.<br>**C08-03136** |

Summons in a Civil Action

To: Emelda Peters, Dorothy Etheridge, Rose Peters, and Joyce Peters
(Defendant's name)

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Christine S. Hwang
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

JUN 3 0 2008

Date: _____

CYNTHIA LENAHAN
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

                                                                     _____
                                                                          Server's signature

                                                                          _____
                                                                          Printed name and title

                                                                          _____
                                                                          Server's address

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Trustees of the ILWU-PMA Pension Plan<br><br>vs.<br><br>Emelda Peters, et al. | Case Number  C08-03136 |

## AFFIDAVIT OF SERVICE

I, John Steele, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 14 day of July, 2008, at 05:45 PM at 2631 S. Indiana Ave. #2009, Chicago, IL 60616, did serve the following document(s):

**Summons and Complaint, Order Setting Initial Case Management Conference and ADR Deadlines**

Upon:  **Dorothy Etheridge**

By:  ☑ Personally serving to:  Dorothy Etheridge-Hester

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 2631 S. Indiana Ave. #2009, Chicago, IL 60616 on

| Description: | Sex | **Female** | Race | **Black** | Approximate Age | **65** |
|---|---|---|---|---|---|---|
| | Height | **5'3** | Weight | **120** | Hair Color | **Red** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
John Steele
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101