POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>CHRISTINE HWANG, 184549<br>LEONARD, CARDER, NATHAN, ET AL<br>1188 Franklin Street Suite 201<br>San Francisco, CA 94109<br>TELEPHONE NO.: (510) 272-0169<br>ATTORNEY FOR *(Name):* Respondent | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: TRUSTEES OF THE ILWU-PMA PENSION PLAN | CASE NUMBER:<br>C08-03136 |
|---|---|
| DEFENDANT/RESPONDENT: PETERS, ET AL. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>337-118 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons in a Civil Action, Complaint, Order Setting Initial Case Management Conference and ADR Deadlin
   Standing Order for all Judges of the Northern District of California, ECF Registration Information Handout, U
   District Court, San Francisco Guidelines,

3. a. Party served: ROSE PETERS

   b. Person Served: party in item 3a

4. Address where the party was served: 7801 Ney Avenue 3
   OAKLAND, CA 94605

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* 7/18/2008      (2) at *(time):* 9:00 AM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. Name:           Roderick Thompson
   b. Address:        One Legal - 194-Marin
                      504 Redwood Blvd #223
                      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 59.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 746
          (iii) County ALAMEDA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 7/18/2008

Roderick Thompson
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use                                        Code of Civil Procedure, § 417.10
Judicial Council of California POS-010
[Rev. Jan 1, 2007]                    **PROOF OF SERVICE OF SUMMONS**

FF# 6666315