MURLENE J. RANDLE, (State Bar No. 098124)
LAW OFFICES OF M. J. RANDLE
700 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 352-0189
Facsimile: (415) 325-4366
Murlene@Randlelawoffices.com

Counsel for the Cross-Claimant
Emelda Peters

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE ILWU-PMA PENSION PLAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EMELDA PERERS, DORTOTHY ETHERIDGE ROSE PETERS and JOYCE PETERS,<br><br>　　　　Defendant | Case No.: C08-03136<br><br>[PROPOSED] ORDER GRANTING DEFENDANT EMELDA PETERS LEAVE TO FILE CROSS-CLAIM VS. DOROTHY ETHERIDGE |

All parties having stipulated to Defendant Emelda Peters leave to file a Cross-Claim against Co-Defendant Dorothy Etheridge,

**IT IS HEREBY ORDERED** that Defendant Emelda Peters is granted leave to file a Cross-Claim versus Co-Defendant Dorothy Etheridge.

Dated: November 24, 2008

By: /s/ Jeffrey S. White
HONORABLE JEFFERY S. WHITE
U.S. DISTRICT COURT JUDGE