IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE ILWU-PMA PENSION PLAN,<br><br>    Plaintiff,<br><br>  v.<br><br>EMELDA PETERS, et al.,<br><br>    Defendants.<br>_____<br>EMELDA PETERS,<br><br>    Cross-Complainant,<br><br>  v.<br><br>DOROTHY ELDRIDGE,<br><br>    Cross-Defendant.<br>_____/ | No. C 08-03136 JSW<br><br>**ORDER OF REFERRAL** |

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' mutual consent, this matter is HEREBY REFERRED to Magistrate Judge Joseph Spero for all purposes.

    **IT IS SO ORDERED.**

Dated: April 20, 2009

                                                 JEFFREY S. WHITE<br>                                                 UNITED STATES DISTRICT JUDGE

cc:    Wings Hom