IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF THE ILWU-PMA PENSION PLAN,

    Plaintiff,

  v.

EMELDA PETERS, et al.,

    Defendants.

EMELDA PETERS,

    Cross-Complainant,

  v.

DOROTHY ELDRIDGE,

    Cross-Defendant.

                                        /

No. C 08-03136 JSW

**JUDGMENT**

    Pursuant to this Court's Order adopting Magistrate Judge Spero's Report and Recommendation and granting Dorothy Eldridge's motion for summary judgment and the Trustees of the ILWU-PMA Pension Plan's ("Trustees") applications for default judgment against Rose Peters and Joyce Chapman, judgment is HEREBY ENTERED as follows:

    (1)    Dorothy Eldridge is entitled to receive 100% of William J. Peter's survivor benefits and none of the other individuals named as defendants in the interpleader action has any claim or interest in those benefits;

    (2)    Emelda Peter's cross-claims against Dorothy Eldridge are dismissed with prejudice; and

    (3)    Judgment is entered against Rose Peters and Joyce Chapman. Rose Peters and Joyce Chapman have no claim or interest in William J. Peter's survivor benefits and are hereby enjoined from commencing or maintaining any action against the Plaintiffs, the Pension Plan, the Welfare Plan, or the Trustees of the Pension Plan or Welfare Plan, the ILWU, PMA, or the Plan's Offices regarding entitlement to the survivor pension benefits payable under the ILWU-PMA Pension Plan on account of William J. Peters, Jr..

The Clerk is directed to close this file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 21, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE